# Third District Court of Appeal

## State of Florida

Opinion filed November 23, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-851
Lower Tribunal No. 19-15371
_____

**A.G., the Father,**
Appellant,

vs.

**Department of Children and Families, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Jason E. Dimitris, Judge.

Albert W. Guffanti, P.A., and Albert W. Guffanti, for appellant.

Sara Elizabeth Goldfarb and Laura J. Lee (Tallahassee), for appellee Guardian ad Litem; Karla Perkins, for appellee Department of Children and Families.

Before FERNANDEZ, C.J., and LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.